413 A.2d 1116

Commonwealth v. Dixon, Appellant.

Submitted December 8, 1978. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Ronald L. Buckwalter, District Attorney, for Commonwealth, appellee.

Before CERCONE, HESTER and HOFFMAN, JJ.

Judgment of sentence affirmed.

413 A.2d 1116

Commonwealth v. Garrison, Appellant.

Submitted December 8, 1978. Perry de Marco, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, HESTER and HOFFMAN, JJ.

Order of the lower court affirmed.